# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0239. EMILY TUCKER v. CORBETT TUCKER.

In this domestic relations matter, the superior court entered an order granting plaintiff Corbett Tucker's motion to hold defendant Emily Tucker in contempt of a parenting plan incorporated into the parties' divorce decree. In its contempt order, the superior court also modified the parties' existing plan for visitation with their minor child for the remainder of the 2020-2021 school year. Emily has filed a timely application for discretionary review, seeking to appeal the rulings holding her in contempt and modifying the parties' visitation with their child.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." And visitation rights are a part of custody. *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013). Thus, the order Emily seeks to appeal is directly appealable.

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Emily shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If Emily already has filed a notice of appeal in the superior court, then she need not file a

second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/25/2021*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*